1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  tanya@moorelawfirm.com

5  Attorney for Plaintiff
   Rachel Lobato

6

7

8              UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11  RACHEL LOBATO,                    )  No.  1:15-cv-00986-MCE-SKO
                                      )
12              Plaintiff,            )  **NOTICE OF VOLUNTARY DISMISSAL**
                                      )  **OF ACTION; ORDER**
13         vs.                        )
                                      )
14  JOSE SANTOS VILLALBAZO LOPEZ dba  )
    EL CAMPESINO, et al.,             )
15                                    )
                                      )
16              Defendants.           )
                                      )
17  _____ )

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    WHEREAS, no Defendant has filed an answer or motion for summary judgment;

2    WHEREAS, Plaintiff and Defendants have settled the matter;

3    WHEREAS, no counterclaim has been filed;

4    Plaintiff hereby respectfully requests that this action be dismissed with prejudice

5 pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

6

7 Date: August 26, 2015                      MOORE LAW FIRM, P.C.

8

9                                            /s/ Tanya E. Moore
10                                           Tanya E. Moore
                                             Attorney for Plaintiff
11                                           Rachel Lobato

12

13

14                                **ORDER**

15

16    Good cause appearing, IT IS HEREBY ORDERED that this action be DISMISSED with

17 prejudice in its entirety.  The Clerk of the Court is directed to close this action.

18    IT IS SO ORDERED.

19 Dated:  August 31, 2015

20

21 _____
   MORRISON C. ENGLAND, JR., CHIEF JUDGE
22 UNITED STATES DISTRICT COURT

23

24

25

26

27

28